UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:05CV45–EHJ

TAMMY EDWARDS                                                                                          PLAINTIFF

v.

JO ANNE BARNHART,
Commissioner of Social Security                                                                    DEFENDANT

## MEMORANDUM OPINION

This matter is before the Court upon plaintiff Tammy Edwards' objections to the proposed Findings of Fact, Conclusions of Law, and Recommendations of the United States Magistrate Judge. The Court has conducted a de novo review of those matters that are the subject of specific written objection, and is of the opinion that the proposed Findings of Fact, Conclusions of Law, and Recommendation of the magistrate should be adopted, and the Decision of the Commissioner should be affirmed.

Ms. Edwards filed applications for Disability Insurance and Supplemental Security Income benefits on March 29, 2001, alleging that he became disabled on November 25, 2000 as a result of difficulties with her left leg, knee, back surgery and pain (Tr. 92). After a hearing on January 6, 2003, Administrative Law Judge Lawrence Shearer ("ALJ") found that Ms. Edwards has severe impairments including morbid obesity, degenerative disc disease, plantar fasciitis, carpal tunnel syndrome, and depression. The ALJ found that these impairments are severe, but do not meet or medically equal listed impairments (Tr. 25). Based upon the ALJ's residual functional capacity findings, the claimant was deemed capable of returning to her previous relevant work as an office clerk (Tr. 28).

The claimant appealed the ALJ's unfavorable Decision to this Court, and the Magistrate Judge has recommended that the Commissioner's Decision be upheld. The plaintiff has filed objections to the Magistrate's report, arguing: 1) the controlling hypothetical posed to the vocational expert was deficient by not including the appropriate mental restrictions; 2) the ALJ did not properly address the findings of therapist Marsha York in his Decision; and 3) the ALJ did not properly discuss hand restrictions.

After reviewing the record in its entirety and conducting a de novo review of the matters raised by each of these objections, the Court has determined that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. As recitation of those analyses would constitute mere repetition, the Court adopts the Magistrate Judge's proposed Findings of Fact, Conclusions of Law, and Recommendation in their entirety in lieu of writing a separate opinion.

A Judgment in conformity has this day entered.